**Order entered February 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01036-CV

## IN THE INTEREST OF L.L.V., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56612-2021**

## ORDER

Before the Court is appellant's February 15, 2023 motion for an extension of time to file his brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on February 15, 2023 filed as of the date of this order.

Also before the Court is appellant's February 6, 2023 motion for reconsideration of this Court's January 26, 2023 order denying an extension motion. We **DENY** the motion as moot.

Appellee's brief is due on or before **March 8, 2023**. Because this is an accelerated appeal involving the termination of parental rights, any extension request will be strongly disfavored.

/s/    EMILY MISKEL
       JUSTICE